IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES ex rel. FREDERICK BANKS, )
               PLAINTIFF-COMPLAINANT- )
               RELATOR )
                                     )  **1: CV 03 1232**
      vs. )  Civil Action No.
                                     )
ART ROBERTS; JEFF OHARA; MR. FOREMAN; )
MR RAPP; CAMERON LINDSEY; DIRECTOR, )
FEDERAL BUREAU OF PRISONS; FEDERAL )  JURY TRIAL DEMANDED
BUREAU OF PRISONS, )
             DEFENDANTS-RESPONDENTS. )

## COMPLAINT

**AND NOW COMES**, The Plaintiff-Complainant-Relator, United States ex rel. Frederick Banks
("Banks") and alleges and represents for his complaint as follows;

### Parties

1. The Plaintiff is United States ex rel. Frederick Banks ("Banks"), an individual bringing this qui tam action on
behalf of the United States of America under the False Claims Act.

2. The Defendants-Respondents are Art Roberts, an individual and counselor of Federal Prison Camp Canaan ("FPC
Canaan") , Jeff Ohara, an individual, landscaping supervisor and correctional officer of FPC Canaan, Mr Foreman,
an individual, general facilities management, and correctional officer of FPC Canaan, Mr Rapp, an individual, and
landscaping supervisor of FPC Canaan, Cameron Lindsey, an individual and warden of FPC Canaan, Director,
Federal Bureau of Prisons, an individual and director of the BOP, Federal Bureau of Prisons, a government agency.
("Defendants") Defendants conspired to deny Banks his constitutional rights to equal protection and equal treatment
by paying him lower wages than other inmates in the same pay grade and denying him the possibility of bonuses and
refused to pay him the federal minimum wage even though he is a federal employee and is entitled to be payed
minimum wage.

### Background

3. On or about 6/13/2006 Banks had a discussion with Defendant Jeff Ohara concerning the fact that landscapers
receive less pay than other workers on the compound. Banks explained that this denies the right to equal treatment
under the equal protection of the laws in the Constitution. Defendant Ohara confirmed that the pay Banks will
receive will be about $12.00 per month, no bonuses or prospective of increased pay at his entry level pay grade of 4
and deferred to Mr. Foreman -general facilities manager and Mr Rapp his bosses who purportedly have implemented
this defacto policy of targeted discrimination on landscape workers. Banks conducted an investigation and
determined that most inmates in other job positions in different departments at the same pay grade as him grade 4
earn at least $30.00 per month. It is Defendant Roberts policy to place inmates in landscaping that routinely file
grievances as a twisted form of punishment. As defendants know that landscapers do a lot of work and will only
receive the base pay but will not receive bonuses or pay equal to other inmates in entry level positions at other job
sites. Banks signed a contract to be in UNICOR which is not presently being honored. Banks has court ordered
obligations that he cannot meet because he is not making enough money to honor his obligations because he is being
denied Equal Pay. It is hard to imagine how Banks can pay his high four figure restitution when he only makes
$12.00 a month. Banks was led to believe that he would be in UNICOR making hundreds of dollars each month of
which 50% of his pay would go to pay down his restitution. This has not happened.

4. Banks is a Federal Employee who happens to be an inmate. Federal employees enjoy workers compensation when
they are injured on the job which as Federal Employees, inmates are entitled to. The Minimum wage for federal
employees is $5.25 an hour. Banks is receiving .12 cents an hour. Banks demands to receive the minimum wages for
a federal employee in compliance with Equal Protection & Due Process. Defendants violated the False Claims Act

FILED
SCRANTON

JUN 2 7 2006

MARY E. D'ANDREA, CLERK
Per_____
        DEPUTY CLERK

because they are withholding money from inmates, claiming there is a budget crunch, then reapplying the misused funds to their own benefit. Defendants activity violates the false claims act because the activity is willful, intentional, malicious, purposeful, and damaged Banks an indigent inmate who cannot even earn an honest decent wage. On 6/14/2006 Defendant Art Roberts responded to a request for 2 bp8's to address the herein subject and stated

"you are a grade 4 pay grade, which is .12c/hour. You are not a federal employee. You are an inmate who is incarcerated in a federal prison..."

Defendant's deliberate indifference and misapplication of the legal standing of Banks is appalling. Accordingly, Banks files this Complaint and seeks to be made whole again. Defendants conspired to obstruct the equal and impartial course of justice because of Plaintiff's class based status in Pennsylvania as an African American.

## COUNT 1 - 7 CONSTITUTIONAL VIOLATIONS

5. Paragraphs 1 though 4 are hereby incorporated by reference and realleged as if fully set forth again.
6. By subjecting Banks to the above mentioned violations defendants infringed on Bank's Constitutional Rights to Due Process, Equal Protection, and Equal Treatment in this civil conspiracy. Defendants unlawful conduct was intelligent, willful, malicious, intentional, degrading, purposeful, knowingly, and scandalously done and damaged Banks.
7. As such Defendants are liable to Banks pursuant to Constitutional Amendments V, and XIV in the amount of $40,000 as allowed by *Bivens v. Six Unknown Fed. Narcotics Agents, 403 U.S. 388 (1971)* each totaling $280,000.00.

## COUNT 8 - 14 FALSE CLAIMS ACT

8. Paragraphs 1 through 7 are hereby incorporated by reference and realleged as if fully set forth again.
9. Defendants violated the False Claims Act by deceiving the United States and withholding wages from hardworking indigent inmates including Banks that they are entitled to. Defendants actions were willful, intentional, knowingly, intelligent, malicious, degrading, purposeful, and scandalously done and were damaging.
As such Defendants are liable pursuant to the False Claims Act in the amount of $500,000.00

## COUNT 15 - NEGLIGENCE

10. As jailhouse officials in control over Banks Defendants owe Banks a duty of due care to protect him from harm and defend his earning power to the fullest.
11. During the material times cited above defendants violated their duty of due care when they flat out refused to bring Bank's pay up to snuff with other inmates, refused to provide bonuses, refused to place him in UNICOR even though he had signed a contract and even ignored his request because of his indigence to give him a tube of tooth paste.
12. As such Defendants are liable to Banks in the amount of $200,000.00 for their negligent actions.

## PUNITIVE DAMAGES

Defendants are liable to Banks for punitive damages in the amount of $750,000.00 for their actions.

WHEREFORE, The Plaintiff-Complainant, United States ex rel, Frederick Banks respectfully demands that judgment be entered for the plaintiff-complainant and against Defendants-Respondents in the sum certain amount of $1,730,000.00 plus costs and fees.

Respectfully submitted,

Frederick Banks
for the UNITED STATES OF AMERICA -
Plaintiff-Complainant-Relator.

## Administrative Remedies

Banks filed administrative remedies (bp 8) with the camp counselor. However, upon conversation with the Camp Administrator, a Federal Bureau of Prisons representative, Bank's learned that the Defedand's and the Federal Bureau of Prisons will not bend on the wages as discussed herein and therefore exhaustion became futile and Bank's is not required to exhaust the administrative remedies. In his good faith effort Banks will continue to file the administrative remedies during the pendency of this action and notify the Court with a supplement or notice once the futile exhaustion becomes finalized by filing a bp 9, 10, & 11. Since these exhaustion efforts are futile this action must proceed on the merits.

Frederick Banks
05711068
Federal Prison Camp
Canaan
PO Box 200
Waymart, PA 18472

THIS CORRESPONDENCE IS
FROM AN INMATE CURRENTLY
IN THE CUSTODY OF THE
BUREAU OF PRISONS

RECEIVED
SCRANTON

JUN 2 0 2006

MARY E. D'ANDREA, CLERK

Per_____ DEPUTY CLERK

Ms. Mary E. D'Andrea
235 North Washington Avenue
PO Box 1148
Scranton, PA 18501-1148

18501+1148-48 8093