## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS** | : | **CIVIL ACTION NO. 1:06-CV-01232** |
| | : | |
| **Plaintiff** | : | **(Judge Conner)** |
| | : | |
| **v.** | : | |
| | : | |
| **ART ROBERTS, ET AL.** | : | |
| | : | |
| **Defendants** | : | |

### ORDER

AND NOW, this 30th day of June, 2006, upon consideration of plaintiff's

application to proceed *in forma pauperis* (Doc. 2), it is hereby ORDERED that:

1. The application to proceed *in forma pauperis* (Doc. 2) is construed as a motion to proceed without full prepayment of fees and costs and is GRANTED.  Plaintiff's motion for advancement costs of copies (Doc. 4) is therefore rendered moot.

2. The United States Marshal is directed to serve plaintiff's complaint (Doc. 1) on the defendants named therein.

  /s/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge