# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS** | : | **CIVIL ACTION NO. 1:06-CV-01232** |
| **Plaintiff** | : | (Judge Conner) |
| v. | : | |
| **ART ROBERTS**, ET AL. | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 21st day of July, 2006, upon consideration of Plaintiff's Supplemental Motion for Restraining Order and Notice (Doc. 14) and Plaintiff's Emergency Second Supplemental Motion for Restraining Order and Injunction (Doc. 13), it is hereby ORDERED that the United States Marshal is directed to serve Plaintiff's motions (Docs. 13 & 14) on the defendants named therein.

                                         /s/ Christopher C. Conner
                                         CHRISTOPHER C. CONNER
                                         United States District Judge