# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FREDERICK BANKS,** | : | **CIVIL ACTION NO. 1:06-CV-1396** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **JULIE NICLKIN, et al.,** | : | |
| Defendants | : | |

-----------------------------------------------------------------------------------------------------------------

| | | |
|---|---|---|
| **FREDERICK BANKS,** | : | **CIVIL ACTION NO. 1:06-CV-1232** |
| Plaintiff | : | (Judge Conner) |
| v. | : | |
| **ART ROBERTS, et al.,** | : | |
| Defendants | : | |

## **ORDER**

AND NOW, this 2nd day of December, 2009, upon consideration of plaintiff's motions (Civ. No. 1:06-CV-1396, Doc. 37; Civ. No. 1:06-CV-1232; Doc. 52) for an accounting in which plaintiff contends that there are several discrepancies concerning his PLRA filing fees in the above-captioned cases, and it further appearing that this matter is more appropriately handled by the Financial Division of the Office of the Clerk of Court of the United States District Court for the Middle District of Pennsylvania, it is hereby ORDERED that:

1. The motions for accounting (Civ. No. 1:06-CV-1396, Doc. 37; Civ. No. 1:06-CV-1232; Doc. 52) are GRANTED inasmuch as they are REFERRED to the Financial Division of the Office of the Clerk of Court of the United States District Court for the Middle District of Pennsylvania.

2. Within twenty days of the date of this order, the Financial Division shall REVIEW the PLRA filing fee payments received in these matters and shall ACCOUNT to plaintiff regarding the status of his PLRA payments to date.

        S/ Christopher C. Conner
        CHRISTOPHER C. CONNER
        United States District Judge